

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Samantha G. Wilson**
P 302.571.5018
swilson@ycst.com

August 21, 2019

**VIA CM/ECF & HAND DELIVERY**

The Honorable Kent A. Jordan
United States Court of Appeals
   For the Third Circuit
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

        Re:    *Route1 Inc. v. AirWatch LLC, et al*,
               C.A. No. 17-331-KAJ

Dear Judge Jordan,

    I write on behalf of the parties in the above-referenced action regarding the Memorandum Opinion of August 7, 2019 (D.I. 274) (the "Opinion"). The parties appreciate the opportunity to review the Opinion prior to its public disclosure. After careful review, the parties do not believe that any confidential information is contained in the Opinion. Accordingly, the parties propose no redactions and, subject to the Court's preferences, respectfully submit that the Opinion can be unsealed and made available to the public.

    Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                                 Respectfully,

                                 */s/ Samantha G. Wilson*

                                 Samantha G. Wilson (No. 5816)

cc:    All Counsel of Record (via email)

01:25036781.1