IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUTE1 INC., | ) | |
| | ) | |
|     Plaintiff /Counterclaim Defendant, | ) ) ) | |
| v. | ) | Civil Action No. 17-331-KAJ |
| | ) | |
| AIRWATCH LLC, | ) ) | |
|     Defendant/Counterclaim Plaintiff. | ) ) | |

## ORDER

In accordance with the Court's August 7, 2019 Order (D.I. 276), the Clerk's Office is hereby directed to unseal the Memorandum Opinion of August 7, 2019 (D.I. 274).

Kent A. Jordan
Circuit Judge sitting by designation

DATE: August 22, 2019
Wilmington, Delaware