# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUTE1 INC., <br><br> *Plaintiff/Counterclaim Defendant,* <br><br> v. <br><br> AIRWATCH LLC and VMWARE, INC., <br><br> *Defendants/Counterclaim Plaintiffs.* | C.A. No. 17-331-KAJ |

## JOINT STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by the parties, through their respective counsel and subject to the approval of the Court, that in light of the Court's Memorandum Opinion granting summary judgment of non-infringement of U.S. Patent No. 7,814,216 in favor of Defendants AirWatch LLC and VMware, Inc. (D.I. 274), Defendants' counterclaims are hereby dismissed without prejudice under Rule 41(a)(1)(A)(ii).

| | |
|---|---|
| HEYMAN ENERIO <br> GATTUSO & HIRZEL LLP | YOUNG CONAWAY STARGATT <br>  & TAYLOR, LLP |
| /s/ Dominick T. Gattuso <br> Dominick T. Gattuso (#3630) <br> 300 Delaware Avenue <br> Suite 200 <br> Wilmington, DE 19801 <br> (302) 472-7300 <br> dgattuso@hegh.law <br><br> *Attorneys for Route1 Inc.* <br><br> Dated:  September 30, 2019 | /s/ Anne Shea Gaza <br> Elena C. Norman (#4780) <br> Anne Shea Gaza (#4093) <br> Samantha G. Wilson (#5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> enorman@ycst.com <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED**, this _____ day of _____, 2019.

_____
**THE HONORABLE KENT A. JORDAN
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION**

01:25280452.1