IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUTE1 INC., <br><br> *Plaintiff/Counterclaim Defendant,* <br><br> v. <br><br> AIRWATCH LLC and VMWARE, INC. <br><br> *Defendants/Counterclaim Plaintiffs.* | C.A. No. 17-331-KAJ |

## [PROPOSED] ORDER

At Wilmington, this _____ day of _____, 2019, upon consideration of Defendants/Counterclaim Plaintiffs AirWatch LLC's and VMware, Inc.'s (collectively, "AirWatch") Motion for Attorneys' Fees Under 35 U.S.C. § 285,

IT IS HEREBY ORDERED that AirWatch's Motion is GRANTED.

_____
**THE HONORABLE KENT A. JORDAN**
**UNITED STATES CIRCUIT JUDGE**
**SITTING BY DESIGNATION**