

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

August 13, 2020

<u>**VIA CM/ECF**</u>

The Honorable Kent A. Jordan
United States Court of Appeals
    For the Third Circuit
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Route1 Inc. v. AirWatch LLC, et al.*,
              C.A. No. 17-331-KAJ

Dear Judge Jordan:

      I write on behalf of the parties in the above-referenced action regarding redactions to the Court's August 6, 2020 Memorandum Opinion (D.I. 348) (the "Opinion"). The parties appreciate the opportunity to review the Opinion prior to its public disclosure. Defendants ("AirWatch") respectfully request that the Court permit the limited redactions attached as Exhibit A (highlighted copy with redactions attached as Exhibit B).

      AirWatch requests redaction of the same categories of information it proposed to the March 31, 2020 Memorandum Opinion granting its motion for attorneys' fees (*see* D.I. 315, 334-35), its related Supplemental Submission (*see* D.I. 320 at 4-5 n.8), as well as a few additional redactions consistent with prior redactions made by the parties (*see, e.g.*, D.I. 341). Plaintiff does not object to AirWatch's proposed redactions.

                                       Respectfully,

                                       /s/ *Anne Shea Gaza*

                                       Anne Shea Gaza (No. 4093)

Enclosures (Exs. A-B; Ex. B filed separately under seal)

cc:   All Counsel of Record (via E-Mail)

26899612.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com