IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUTE1 INC., | ) |
|     Plaintiff /Counterclaim Defendant, | ) ) ) ) |
| v. | )   Civil Action No. 17-331-KAJ |
| AIRWATCH LLC, | ) ) ) |
|     Defendant/Counterclaim Plaintiff. | ) ) |

## ORDER

At Wilmington, this 24th day of August, 2020, upon consideration of Defendants/Counterclaim Plaintiffs AirWatch LLC's and VMWare, Inc.'s (collectively, "AirWatch") Motion for Attorneys' Fees under 35 U.S.C. § 285 (D.I. 290),

IT IS HEREBY ORDERED that AirWatch's Motion is GRANTED IN PART in the amount $1,666,672.78.

                                                                                              _/s/ Kent A. Jordan_
                                                                                              Kent A. Jordan
                                                                                              Circuit Judge sitting by designation

DATE:  August 22, 2019
Wilmington, Delaware