# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUTE1 INC., | |
| *Plaintiff/Counterclaim Defendant,* | |
| v. | C.A. No. 17-331-KAJ |
| AIRWATCH LLC and VMWARE, INC., | |
| *Defendants/Counterclaim Plaintiffs.* | |

## NOTICE OF APPEAL

Notice is hereby given that Route1 Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order (D.I. 313) granting Defendants' Motion for Attorneys' Fees under 35 U.S.C. § 285 (D.I. 289) on the merits but reserving the amount of the award (the "Order Granting the Motion") and from the Order (D.I. 355) granting Defendants' Motion for Attorneys' Fees under 35 U.S.C. § 285 (D.I. 289) in the amount of a $1,666,672.78 award of attorneys' fees (the "Order Determining the Fee Award"), and all other rulings subsumed by the Orders. The Order Granting the Motion became a final and appealable judgment on August 24, 2020, when the Court entered the Order Determining the Fee Award, which was, itself, a final and appealable judgment.

Included herewith is payment of the filing fee ($505.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), Federal Rule of Appellate Procedure 3(e), and the United States District Court for the District of Delaware fee schedule (effective September 1, 2018).

|  |  |
|---|---|
|  | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| OF COUNSEL:<br><br>VORYS, SATER, SEYMOUR AND PEASE LLP | *Attorneys for Plaintiff Route1 Inc.* |

OF COUNSEL:

VORYS, SATER, SEYMOUR AND PEASE LLP

Michael J. Garvin
Marcel C. Duhamel
Aaron M. Williams
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6100
mjgarvin@vorys.com
mcduhamel@vorys.com
amwilliams@vorys.com

William H. Oldach III
1909 K Street N.W., 9th Floor
Washington, DC 20006
Phone: (202) 467-8800
wholdach@vorys.com

Rex M. Miller, II
52 E. Gay Street
Columbus, OH 43215
Phone: (614) 464-6400
rwmiller@vorys.com

Dated:  September 22, 2020